[No. 57822-7-I.   Division One.   June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK HILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12160-9, Douglas D. McBroom, J., entered March 6, 2006. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 57826-0-I.   Division One.   June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GAIL YVETTE COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13163-1, Linda Lau, J., entered February 7, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57857-0-I.   Division One.   June 11, 2007.]

DARRELL THON, *Appellant*, v. SCHNEIDER NATIONAL CARRIERS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-20276-1, Joan B. Allison, J., entered February 28, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58007-8-I.   Division One.   June 11, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN R. BELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00160-0, George N. Bowden, J., entered March 23, 2006. *Affirmed* by unpublished per curiam opinion.